NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Appellant*

**v.**

**VLSI TECHNOLOGY LLC,**
*Appellee*

---

2020-1711

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01107.

---

## JUDGMENT

---

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellant. Also represented by STEPHANIE LIN; S. CALVIN WALDEN, New York, NY; KATHRYN ZALEWSKI, Palo Alto, CA; TODD ZUBLER, Washington, DC.

NATHAN NOBU LOWENSTEIN, Lowenstein & Weatherwax LLP, Los Angeles, CA, argued for appellee. Also represented by KENNETH J. WEATHERWAX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>April 6, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |